**4-26CV-593-P**

Please file this civil case
with a fresh civil case #
Reuin Rohute VS US First lady Melanda Trump

and can you please send me
a 440 packet and a
civil cover sheet JS44 form
and a Habeaus Corpus
packet to my Jain cell
Please to Reuin Rohute 156767
20 E E.M. Street
Tyler, Tx. 75202



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Please fort worth Clerk of Court
Please file New Case U.S. First lady Melania Trump
Please put New Case numbers ↑ Please
Hi My name is Kevin Kohute I'm Pro se
litigant seeking To get A fresh civil case # for ↙
Please file this Yale university
Civil Action Case Brand New Case
# To fort worth Court please
Can you send me a AO 242 2241
Packet To my Jail Cell To
Kevin Kohute #156267
206 E Elm street
Tyler, Tx, 75702

I am a College student needing
To make a Federal law Library Civil
Case number Pocket note for fort worth
Airport, DFW Airport is my stop
before washington D.C. Transport
Tour I need to edit Yale university
with a fresh 2026 Civil case number
in your Jurisdiction Please file this
and send me a 421983 Petitioners Complaint
form short form To my Jail Cell please
and Thank you for your support please
Send me Copy of the Yale university Civil
case number.

Dear fort Worth clerk, Please send Back this notorized To my Jail cell

Please notorize this STATE Bar of Texas chief Disciplinary Counsells office
P.O. Box 13287
Austin, Texas address to make a notorized Attorney of Smith County Court house Grievance statement

My Attorney Ryan sorrells did not Accept my Phone Jail Charges to speak with My Attorney I want To fire My Attorney to not represent me in a 4>5 Court room Judge Heaton Elderly Abuse, mental Health neglect he stated mental ill and then laughed at me in My face Threatening me Please Don't tell nobody that I'm your Attorney

Please notorized this Attorney Grievance Please send back this Attorney Grievance Back To my Jail cell so I Can Send A 14 days response to suspension and Job termination report every two weeks in the 91 day indictment process
Discovery (motion of) violation Texas Rule of Criminal Procedure 39,01, Kevin Kohute vs The State of Texas fired Attorney today By letter format By notary

Kevin Kohute #156767
Smith County Jail
206 E Elm Street
Tyler, TX, 75702

SMITH COUNTY
INMATE MAIL

RECEIVED

MAY 1 4 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX 750

11 MAY 2026PM 5 L

FOREVER / USA

Clerk of Court
U.S. Court House
Northern District of Texas
501 West Tenth St. room 310
fort worth, TX, 76102

76102-975999

Case 4:26-cv-00593-P    Document 1    Filed 05/14/26    Page 4 of 4    PageID 4