UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEVIN JAMES KOHUTE,**

    Plaintiff,

v.                                                                   **No. 4:26-cv-0593-P**

**U.S. FIRST LADY MELANIA TRUMP,**

    Defendant.

## ORDER OF DISMISSAL

Kevin James Kohute has filed yet another wholly frivolous complaint. By order of dismissal and imposition of sanctions in *Kohute v. FNU Craver*, No. 4:25-cv-1042-O, ECF No. 5, the Court ordered that Plaintiff is not allowed to file another lawsuit in this district unless he is represented by counsel and he pays the filing fee in full at the outset of the case. Because he has not done so here, his claims are **DISMISSED** pursuant to the authority of 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

**SO ORDERED** on this **14th day** of **May 2026.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE