UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEVIN JAMES KOHUTE,**

　　Plaintiff,

v.                                                              **No. 4:26-cv-0593-P**

**U.S. FIRST LADY MELANIA TRUMP,**

　　Defendant.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Kevin James Kohute are **DISMISSED** pursuant to the authority of 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

**SO ORDERED** on this **14th day** of **May 2026.**

_Mark T. Pittman_

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE